221 F.2d 806
 55-1 USTC P 9415
 Estelle BISHOP, Plaintiff-Appellant,
v.
R. H. REICHEL, Acting District Director of Internal Revenue,
Defendant-Appellee.
 No. 239, Docket 23452.
 United States Court of Appeals Second Circuit.
 Argued April 12, 1955.
Decided April 28, 1955.
 
 Martin F. Kendrick, Syracuse, N.Y. (Laurence Sovik, of Smith & Sovik, Syracuse, N.Y., on the brief), for plaintiff-appellant.
 Morton K. Rothschild, Sp. Asst. to Atty. Gen. (H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack and Lee A. Jackson, Sp. Assts. to Atty. Gen., and Theodore F. Bowes, U.S. Atty. for the Northern Dist. of New York, Syracuse, N.Y., and Charles J. Miller, Asst. U.S. Atty., Syracuse, N.Y., on the brief), for defendant-appellee.
 Before CLARK, Chief Judge, and FRANK and HASTIE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of District Judge Brennan, D.C.N.D.N.Y., 127 F.Supp. 750.